# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154347(74)

POWER PLAY INTERNATIONAL, INC.,
and MARK HOWE, Personal Representative
of the ESTATE OF GORDON HOWE,
      Plaintiffs/Counterdefendants-
      Appellees,

v

DEL REDDY,
      Defendant-Appellant,
and

AARON HOWARD, MICHAEL REDDY, and
IMMORTAL INVESTMENTS, LLC,
      Defendants/Counterplaintiffs-
      Appellants.
_____/

SC: 154347
COA: 325805
Oakland CC: 2011-123508-CK

      On order of the Chief Justice, upon stipulation signed by counsel for the parties, Mark Howe, as Personal Representative for the Estate of Gordon Howe, is substituted as a plaintiff/counterdefendant-appellee for Gordon Howe, deceased.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2016



Clerk